# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
        Plaintiff,

  v.                                                Case No. 13-CR-184

**DESIRAE CASAREZ**
        **Defendant.**

## ORDER

**IT IS ORDERED** that an amended judgment and statement of reasons issue correcting the spelling of defendant's last name. Fed. R. Crim. P. 36.

Dated at Milwaukee, Wisconsin, this 22nd day of July, 2014.

                                    /s Lynn Adelman
                                  _____
                                  LYNN ADELMAN
                                  District Judge